ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Garrison Property and Casualty a Subsidiary of*
*USAA Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| JUSTUS VAUGHN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY a subsidiary of USAA CASUALTY INSURANCE COMPANY, a foreign corporation; and DOES I-V,<br><br>　　　　　Defendants. | CASE NO. 3:19-cv-00662-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff JUSTUS VAUGHN[1] ("Plaintiff") and Defendants GARRISON PROPERTY AND CASUALTY a subsidiary of USAA CASUALTY INSURANCE COMPANY ("Defendants"), by and through their respective counsel of record, that all of the claims and causes of action contained in the above-entitled action (Case 3:19-cv-00662-MMD-CLB) shall be dismissed in their entirety, with prejudice, each party to bear their own attorney's fees and costs.

---

[1] The parties note that Plaintiff's name here is spelled as written in his Complaint (ECF No. 1-1). They acknowledge that Plaintiff's name is written as Justus "Vaughan" in the subject policy. This Stipulation and Order is intended to take effect no matter the form of the correct spelling of Plaintiff's name.

4849-6458-0279.1

# AFFIRMATION

The undersigned hereby affirms that the foregoing document does not contain the social security number of any person.

DATED this 6th day of April, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Priscilla L. O'Briant*
Robert W. Feeman, Esq.
Nevada Bar No. 3062
Priscilla L. O'Briant, Esq.
Nevada Bar No. 010171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*
*Garrison Property and Casualty a Subsidiary*
*of USAA Casualty Insurance Company*

DATED this ___ day of March, 2020.

KILPATRICK, ADLER & BULLENTINI

_SEE SEPARATE SIGNATURE PAGE_
Charles M. Kilpatrick, Esq.
Nevada bar No. 00275
412 North Division Street
Carson City, Nevada 89703
*Attorney for Plaintiff*
*Justus Vaughn*

# ORDER

IT IS SO ORDERED.

DATED this 6th day of April, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

## AFFIRMATION

The undersigned hereby affirms that the foregoing document does not contain the social security number of any person.

| | |
|---|---|
| DATED this ___ day of March, 2020. | DATED this 12 day of March, 2020. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | KILPATRICK, ADLER & BULLENTINI |
| _____<br>Robert W. Feeman, Esq.<br>Nevada Bar No. 3062<br>Priscilla L. O'Briant, Esq.<br>Nevada Bar No. 010171<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants*<br>*Garrison Property and Casualty a Subsidiary of USAA Casualty Insurance Company* | *[signature]*<br>Charles M. Kilpatrick, Esq.<br>Nevada bar No. 00275<br>412 North Division Street<br>Carson City, Nevada 89703<br>*Attorney for Plaintiff*<br>*Justus Vaughn* |

### ORDER

IT IS SO ORDERED.

DATED this ___ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

4849-6458-0279.1

2